## Mrs. A. F. GRISHAM v. STATE.
### No. 17349.

Court of Criminal Appeals of Texas.
March 6, 1935.

Lockhart & Brown, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by her affidavit, the appeal is dismissed.

· PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.